

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00214-CR

CHRISTIAN AURELIO URRUTIA, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 47th District Court
Randall County, Texas
Trial Court No. 24,177-A, Honorable Richard Dambold, Presiding

September 10, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, Christian Aurelio Urrutia, appeals an order modifying the terms of his community supervision.[1] We dismiss the appeal for want of jurisdiction.

The State moved to dismiss this appeal for want of jurisdiction because the modification order is not a judgment of guilt or an appealable order. *See* TEX. R. APP. P. 25.2(a)(2). Appellant filed a response and concurs with the State's motion.

---

[1] On April 28, 2015, the trial court entered a Continuation and Modification Special Conditions order.

It has long been held that an order modifying the conditions of community supervision is not an appealable order.  *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *accord, Borner v. State*, No. 05-15-00465-CR, 2015 Tex. App. LEXIS 7495, at *1 (Tex. App.—Dallas July 21, 2015, no pet. h.) (stating the same).

Accordingly, we grant the State's motion to dismiss and dismiss the appeal for lack of jurisdiction.

Brian Quinn
Chief Justice

Do not publish.